*Adrian P. Burke, Corporation Counsel* (*Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed pursuant to section 578 of the Civil Practice Act.

In the Matter of 75 MAIDEN LANE CORP., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued October 6, 1954; decided November 18, 1954.

*Lawrence Weston Krieger, Philip S. McNally* and *William P. Murray* for appellant.

*Adrian P. Burke, Corporation Counsel (Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

GERTRUDE NEILITZ, Appellant, *v.* AUGUST NEILITZ, Respondent.

Argued October 7, 1954; decided November 18, 1954.